UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x   **No. 23-CV-3825**
MALIK MCCAIN,

                              Plaintiff,        **NOTICE OF REMOVAL**

                -against-

THE CITY OF NEW YORK; METROPOLITAN
TRANSPORTATION AUTHORITY; OFFICER JOHN
DOE; OFFICER JANE DOE; WAILOK WONG, SHIELD
NO. 12002; JASON F. FARRELL, SHIELD NO. 19867,

                            Defendants,
--------------------------------------------------------------------------x

# EXHIBIT D
**Notice of Filing of Notice of Removal filed in Supreme Court of the State of New York, Queens County**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------------------ x   Index No. 708237/2023
MALIK MCCAIN,

                                Plaintiff,                    **NOTICE OF FILING OF**
                                                                 **NOTICE OF REMOVAL**

                            -against-

THE CITY OF NEW YORK; METROPOLITAN
TRANSPORTATION AUTHORITY; OFFICER JOHN
DOE; OFFICER JANE DOE; WAILOK WONG, SHIELD
NO. 12002; JASON F. FARRELL, SHIELD NO. 19867,

                                Defendants,
------------------------------------------------------------------------x

TO:    The Clerk of Court and all parties of record.

        PLEASE TAKE NOTICE that upon the attached Notice of Removal, together with the exhibits thereto, Defendant Metropolitan Transportation Authority, through its undersigned counsel, removed this action from this Court to the United States District Court for the Eastern District of New York.

Dated:  New York, New York
           May 22, 2023

                                                                 Respectfully submitted,

                                                                 Paige Graves
                                                                 General Counsel
                                                                 METROPOLITAN
                                                                 TRANSPORTATION AUTHORITY

                                                                 By: _____
                                                                   Jason Douglas Barnes
                                                                 Senior Associate Counsel
                                                                Commercial Litigation Unit
                                                                2 Broadway, 24th Floor
                                                                New York, New York 10004
                                                               jabarnes@mtahq.org
                                                                212-878-7215
                                                                212-878-7398 (fax)

                                                                *Attorneys for Defendant*
                                                                *Metropolitan Transportation*
                                                                *Authority*

TO:       Sara Wolkensdorfer

1

RICKNER PLLC.
14 Wall Street, Suite 1603
New York, New York 10005
(212) 300-6506

*Attorneys for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of
New York
Attn: Andrew Owen
Mary O'Flynn
Stephanie D'Agostino
100 Church Street
New York, NY 10007
(212) 356-2555

*Attorneys for Defendants City of
New York, Wailok Wong, and
Jason F. Farrell*


*Defendant Officer John Doe*


*Defendant Officer Jane Doe*

2

[ATTACHMENTS OMITTED]