UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x   **No. 23-CV-3825**
MALIK MCCAIN,

                                   Plaintiff,   **NOTICE OF REMOVAL**

               -against-

THE CITY OF NEW YORK; METROPOLITAN
TRANSPORTATION AUTHORITY; OFFICER JOHN
DOE; OFFICER JANE DOE; WAILOK WONG, SHIELD
NO. 12002; JASON F. FARRELL, SHIELD NO. 19867,

                                Defendants,
---------------------------------------------------------------------------x


# EXHIBIT F
**Consent to Removal from Defendant Wailok Wong**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MALIK MCCAIN,

                            Plaintiff,

-against-

THE CITY OF NEW YORK; METROPOLITAN TRANSPORTATION AUTHORITY; OFFICER JOHN DOE; OFFICER JANE DOE; WAILOK WONG, SHIELD NO. 12002; JASON F. FARRELL, SHIELD NO. 19867,

                            Defendants,

-------------------------------------------------------------------------x

No. 23-CV-_____

**CONSENT TO REMOVAL BY CITY OF NEW YORK**

**POLICE OFFICER WAILOK WONG,** hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case, originally filed in New York Supreme Court, County of Queens, and styled as *Malik McCain v. The City of New York; Metropolitan Transportation Authority; Officer John Doe; Officer Jane Doe; Wailong Wong, Shield No. 12002; Jason F. Farrell, Shield No. 19867*, Index Number 708237/2023.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York
           May 19, 2023

                                                           **PO WAILOK WONG**