UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x   **No. 23-CV-3825**
MALIK MCCAIN,

                            Plaintiff,                      **NOTICE OF REMOVAL**

                -against-

THE CITY OF NEW YORK; METROPOLITAN
TRANSPORTATION AUTHORITY; OFFICER JOHN
DOE; OFFICER JANE DOE; WAILOK WONG, SHIELD
NO. 12002; JASON F. FARRELL, SHIELD NO. 19867,

                            Defendants,
---------------------------------------------------------------------------x

# EXHIBIT G
## Consent to Removal from Defendant Jason F. Farrell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x   No. 23-CV-_____
MALIK MCCAIN,

                Plaintiff,

           -against-

THE CITY OF NEW YORK; METROPOLITAN
TRANSPORTATION AUTHORITY; OFFICER JOHN
DOE; OFFICER JANE DOE; WAILOK WONG, SHIELD
NO. 12002; JASON F. FARRELL, SHIELD NO. 19867,

                Defendants,
----------------------------------------------------------------x

**CONSENT TO REMOVAL BY CITY OF NEW YORK**

**POLICE OFFICER JASON F. FARRELL**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case, originally filed in New York Supreme Court, County of Queens, and styled as *Malik McCain v. The City of New York; Metropolitan Transportation Authority; Officer John Doe; Officer Jane Doe; Wailong Wong, Shield No. 12002; Jason F. Farrell, Shield No. 19867*, Index Number 708237/2023.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated: New York, New York

May 22, 2023

P.O. [signature]
PO JASON F. FARRELL