

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**MICHAEL VIVIANO**
*Senior Counsel*
Tel.: (212) 356-2368
Fax: (212) 356-3509
mviviano@law.nyc.gov

March 11, 2024

**VIA ECF**
Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

      Re: <u>Malic McCain v. Wailok Wong, et al.</u>
          23-cv-03825 RPK-MMH

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of York, and the attorney for Defendants Police Officer Wailok Wong, Police Officer Jason Farrell, and Police Officer Jasmine Osorio[1] in the above-referenced matter. Defendants write on behalf of the parties to advise the Court that an agreement in principle to settle this matter has been reached. The parties are in the process of finalizing their agreement and will submit a fully executed Stipulation and Order of Dismissal for the Court's Endorsement by April 11, 2024.

      In light of the parties' agreement, the parties respectfully request that the Court adjourn *sine die* all currently scheduled deadlines.

      The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

*Michael Viviano*

Michael Viviano

---

[1] The City of New York was previously dismissed as a Defendant from this matter.

*Attorney for Defendants*
*Wong, Farrel, and Osorio*

cc: **VIA ECF**
    *All attorneys of record*